UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ONSITE FLEET, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-01071 |
| NISSAN NORTH AMERICA, INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

✓ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the jury found as follows:

- By a preponderance of the evidence, OnSite Fleet, LLC was not subjected to unlawful retaliation in violation of Section 1981 of the Civil Rights Act of 1991 arising out of Nissan North America, LLC's termination of Willie Edmondson's, Antwan McGlory's, Jovan Mullins's and Thomas Battle's access to Nissan's property.

- OnSite did not prove by a preponderance of the evidence that Nissan breached the PSA proximately causing damage to Onsite.

- Nissan did not prove by a preponderance of the evidence that OnSite breached the PSA, proximately causing damage to Nissan.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY RENDERED ON January 22, 2025, NEITHER PARTY IS ENTITLED TO JUDGMENT BECAUSE NEITHER PARTY PREVAILED ON THEIR CLAIMS.**

LYNDA HILL, CLERK

BY: *MELISSA SEAY*
Deputy Clerk